**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HENRY POLK<br><br>Defendant. | CASE NO.: 4:26cr16 |

## ORDER OF DETENTION PENDING TRIAL[1]

Defendant was placed on pre-trial release with conditions of bond on February 26, 2026. Doc. 26 and doc. 27. On November 11, 2026, the United States Probation Office filed a petition alleging that Defendant violated the terms and conditions of his pre-trial release. Doc. 73. On November 16, 2026, the Government filed a motion to revoke pre-trial release. Doc. 77. On November 17, 2026, Defendant appeared before the court for a hearing pursuant to 18 U.S.C. § 3148. After being apprised of his rights, Defendant waived his right to a hearing and consented to detention. Accordingly, the petition to modify or revoke the conditions of pre-trial release and motion to revoke pre-trial release are

[1] The Court erroneously recited on the record at today's hearing that Defendant is awaiting a *sentencing* hearing before the district judge. Actually, he is scheduled for *change of plea* hearing on November 19, 2026.

**DISMISSED AS MOOT**. Doc 73 and doc. 77. Insofar as the Court has made no formal findings concerning whether Defendant has violated the terms and conditions of his pre-trial release, the Court need not reach the question of whether Defendant's unsecured bond ought be subject to forfeiture under Fed. R. Crim. P. 46(f).

Defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED this 17th day of November, 2026.

Christopher L. Ray

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA